UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – GENERAL

Case No.   CR-21-00319-AGR-1                                         Date: August 13, 2021

Present: The Honorable: Alicia G. Rosenberg, United States Magistrate Judge

Interpreter N/A

| K. Lozada | Zoom 08/13/2021 | Mark A. Williams |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Jonathan Paul Gershman | X | | X | Robert S. Gershman | X | | X |

**Proceedings: VIDEO CHANGE OF PLEA AND SENTENCING HEARING**

Case called. Counsel make their appearances. Pursuant to a written plea agreement filed on July 13, 2021, Defendant wishes to change his plea of not guilty to a plea of guilty to Counts 1 and 2 in the Information filed on July 13, 2021. Defendant is sworn. Court questions the Defendant and defense counsel regarding the knowing and voluntary nature of the proposed plea. Court questions Defendant regarding his physical and mental condition, and advises Defendant of the nature and possible consequences of said plea. Court reads the charge in Counts 1 and 2 and advises the Defendant of the elements of the offenses.

Defendant pleads guilty to Counts 1 and 2 in the Information. Court questions the Defendant regarding plea of guilty and finds that a factual basis has been laid and further finds the plea is knowledgeable and voluntarily made. Court orders the plea accepted and entered.

After further questioning of the Defendant and defense counsel regarding the written Plea Agreement filed on July 13, 2021, the Court accepts the Plea Agreement.

Defense counsel requests immediate sentencing and government counsel has no objection. Defendant waives the preparation of a presentence report. The Court finds that the information in the record is sufficient for the Court to exercise sentencing authority and sentences Defendant as follows:

Refer to separate Judgment and Probation/Commitment Order.

The Court advises Defendant of his right to appeal. Any bond is exonerated.

cc:   Parties
      PSA
      USPO

                                                                                1:00
                                                       **Initials of Deputy Clerk**   kl